IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT SASSE,**

    **Plaintiff,**

v.

**ILLINOIS CENTRAL RAILROAD
COMPANY, d/b/a CN/IC,
a corporation,**

    **Defendant.**                             **Case No. 06-cv-121-DRH**

<u>**ORDER**</u>

**HERNDON, District Judge:**

        Now before the Court is Plaintiff Robert Sasse's Motion for Voluntary Dismissal (Doc. 42), pursuant to Federal Rule of Civil Procedure, Rule 41(a)(2). Plaintiff requests that the Court enter an Order dismissing his claims against Defendant in this matter, without prejudice, with leave to reinstate. Defendant has filed a Response (Doc. 43), stating that because Plaintiff has agreed to dismiss this case voluntarily and re-file it in the Circuit Court of Cook County, Illinois, Defendant has no objection to Plaintiff's instant Motion (*Id.*). Therefore, because Defendant has no objections, the Court hereby **GRANTS** Plaintiff's Motion (Doc. 42). Plaintiff's claims against Defendant in this matter are **DISMISSED WITHOUT PREJUDICE**.

        **IT IS SO ORDERED.**

        Signed this 18th day of August, 2006.

                                            /s/       David  RHerndon
                                         **United States District Judge**